UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT FRANCIS BUTLER, JR.,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 2:26-cv-01311-EJY

**ORDER**

Pending before the Court is Plaintiff's Application to Proceed *in forma pauperis* ("IFP") together with an incomplete and unsigned Complaint. ECF Nos. 1, 1-1. Plaintiff's Complaint does not (1) include a plain, short, and concise statement identifying the nature of his disagreement with the decision made by the Social Security Administration, or (2) show how he is entitled to relief. Specifically, Plaintiff left blank the "Statement of Claims" and "Relief" sections of his Complaint. ECF No. 1-1 at 3, 7. These failures leave the Court without the ability to conduct a meaningful screening of the Complaint and, as such, fail to state a claim upon which relief may be granted.

"A complaint in a social security appeal is not exempt from the Section 1915(e) screening of *in forma pauperis* cases generally ... [or] from the general rules of civil pleading." *Montoya v. Colvin*, Case No. 2:16-cv-00454-RFB-NJK, 2016 WL 890922, at *2 (D. Nev. Mar. 8, 2016) (internal citations and quotation marks omitted). As stated in *Montoya*, Plaintiff's Complaint must set forth the following information:

> First, the plaintiff must establish that he has exhausted her administrative remedies pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within sixty days after notice of a final decision. Second, the complaint must indicate the judicial district in which the plaintiff resides. Third, the complaint must state the nature of the plaintiff's disability and when the plaintiff claims she became disabled. Fourth, the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief.

1

*Id.* Plaintiff's blank Complaint sets forth none of the above information. A complaint merely stating that the Administration's decision was wrong and failing to describe the underlying reasons why does not provide fair notice of what the plaintiff's claim is and the grounds upon which it rests.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice with leave to amend. If Plaintiff chooses to file an amended complaint, Plaintiff must file a signed amended complaint correcting the noted deficiencies no later than **May 29, 2026**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the form for filing a Complaint for Review of a Social Security Disability or Supplemental Security Income Decision and instructions for filing the same.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a dismissal of this action without prejudice.

Dated this 1st day of May, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2