UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT FRANCIS BUTLER, JR.,

      Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

Case No. 2:26-cv-01311-EJY

**ORDER**

This case commenced on April 29, 2026 with Plaintiff's Complaint and application to proceed *in forma pauperis*. ECF Nos. 1, 1-1. Plaintiff's IFP application was granted; however, Plaintiff failed to state a claim against the Social Security Administration. ECF No. 5. Plaintiff was granted leave to file an amended complaint (*id*.), which he did on May 21, 2026. ECF No. 6. On June 2, 2026, the Court issued a second order explaining to Plaintiff that, despite explicit instructions, his first amended complaint did not correct the deficiencies identified in his original Complaint. ECF No. 9. Plaintiff was granted one more opportunity to file an amended complaint—what would be the second amended complaint—that was due no later than July 2, 2026. *Id*. Plaintiff was told that failure to comply with the June 2, 2026 Order would result in a dismissal of this action with prejudice. As of today's date, no second amended complaint has been filed and Plaintiff has not otherwise communicated with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is to enter judgment in favor of the Social Security Administration and close this case.

Dated this 7th day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1